Charles G. MORGAN, Petitioner,

v.

**DEPARTMENT OF ENERGY,**
Respondent.

No. 2009–3006.

United States Court of Appeals,
Federal Circuit.

Feb. 4, 2010.

Richard Segerblom, Richard Segerblom, Ltd., of Las Vegas, Nevada, argued for petitioner.

Jane W. Vanneman, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Before GAJARSA, LINN, and MOORE, Circuit Judges.

determined her disability began, this evidence undermines Thomas' argument that she be-

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.